JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY

FILED  MAY 11 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCHEDULE A

MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

05cv11018 PBS

RULE16, SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:04-cv-06257-JAP-MCA

WHITEHOUSE et al v. PFIZER INC., PARKE-DAVIS et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 12/16/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**JAMES H. WHITEHOUSE, SR.**
*as Co-Administrator and
Co-Administrator Ad Prosequendum of
the Estate of JAMES H.
WHITEHOUSE, JR., Deceased*

represented by **DAVID E. GROSS**
FINKELSTEIN & PARTNERS, LLP
50 PARK PLACE
10TH FLOOR
NEWARK, NY 07102
(845)562-0203
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**NANCY Y. MORGAN**
FINKELSTEIN & PARTNERS, LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550
800 634-1212
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**LINDA A. WHITEHOUSE**
*as Co-Administrator and
Co-Administrator Ad Prosequendum of
the Estate of JAMES H.
WHITEHOUSE, JR., Deceased*

represented by **DAVID E. GROSS**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**NANCY Y. MORGAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**PFIZER INC., PARKE-DAVIS**
*a division of Warner-Lambert*

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN,

*Company and Warner-Lambert Company LLC*

WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

WARNER-LAMBERT COMPANY    represented by    **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

WARNER-LAMBERT COMPANY LLC    represented by    **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/16/2004 | 1 | NOTICE OF REMOVAL by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY from SUPERIOR COURT OF BURLINGTON COUNTY, case number BUR-L-003175-04. (Filing fee $ 150 receipt number 302030) (dj, ) Additional attachment(s) added on 12/28/2004 (dj, ). Additional attachment(s) added on 12/28/2004 (dj, ). (Entered: 12/28/2004) |
| 12/29/2004 | 2 | Consent ORDER that defts have until 1/24/05 to serve answer, etc. to pltf's complaint. Signed by Judge Madeline C. Arleo on 12/29/04. (jd, ) (Entered: 12/30/2004) |
| 01/24/2005 | 3 | STATEMENT by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY. (PLACEY, RICHARD) (Entered: 01/24/2005) |
| 01/26/2005 | 4 | LETTER ORDER scheduling Initial Conference for 3/2/2005 at 10:00 AM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Signed by Judge Madeline C. Arleo on 1/26/05. (jl, ) (Entered: 01/26/2005) |
| 01/26/2005 | 5 | Consent ORDER extending time to 2/28/05 for defts to answer, etc. pltf's complaint. Signed by Judge Madeline C. Arleo on 1/26/05. (jd, ) (Entered: 01/31/2005) |
| 02/11/2005 | 6 | NOTICE of Appearance by NANCY Y. MORGAN on behalf of JAMES H. WHITEHOUSE, SR, LINDA A. WHITEHOUSE |

| | | |
|---|---|---|
| | | (MORGAN, NANCY) (Entered: 02/11/2005) |
| 02/28/2005 | 7 | ANSWER to Complaint *(with Certificate of Service)* by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY.(PLACEY, RICHARD) (Entered: 02/28/2005) |
| 02/28/2005 | 8 | STATUS REPORT *Joint Discovery Plan Submitted in Advance of March 2, 2005 Conference Pursuant to Letter Order of January 26, 2005, placed on file* by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY. (PLACEY, RICHARD) (Entered: 02/28/2005) |
| 03/02/2005 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Scheduling Conference held on 3/2/2005. (jl, ) (Entered: 03/23/2005) |
| 03/07/2005 | 9 | ORDER granting pro hac vice admission as to James P. Rouhandeh, Erik M. Zissu and Kathryn C. Carney Cole on behalf of defts. Signed by Judge Madeline C. Arleo on 3/4/05. (jd, ) (Entered: 03/08/2005) |
| 03/08/2005 | 10 | Pretrail SCHEDULING ORDER: Telephone Conference set for 5/9/2005 03:30 PM before Magistrate Judge Madeline C. Arleo. Amended Pleadings due by 9/30/2005. Discovery due by 2/15/2006.. Signed by Judge Madeline C. Arleo on 3/7/05. (jd, ) (Entered: 03/08/2005) |
| 05/13/2005 | 11 | NOTICE by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY *of Filing of Plaintiffs' Response to Defendants' First Request for Admission (Certificate of Service attached)* (PLACEY, RICHARD) (Entered: 05/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:27:20 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-06257-JAP-MCA Start date: 1/1/1970 End date: 5/17/2005 |
| Billable Pages: | 2 | Cost: | 0.16 |