| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

OFFICE OF THE CLERK
USDC for the DISTRICT OF
MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA 02210

REPLY TO: Newark

Date: 5/24/05

Re: WHITEHOUSE, SR., ETAL V PFIZER, INC., ETAL

Civil Action No. 04-6257   MDL No. 1:05cv11018 PBS

Dear Clerk,

Pursuant to the Multidistrict Litigation Transfer Order enclosed, please find a certified copy of the docket entries. You can obtain the original record by accessing CM/ECF through PACER.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: Jane DelleMonache
Deputy Clerk

Enclosures
cc: Clerk, Judicial Panel on
    Multidistrict Litigation
    One Columbus Circle, NE
    Federal Judiciary Bldg.
    Room G-255, North Lobby
    Washington, D.C. 20002-8004

CLOSED, RULE16, SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:04-cv-06257-JAP-MCA

WHITEHOUSE et al v. PFIZER INC., PARKE-DAVIS et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 12/16/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JAMES H. WHITEHOUSE, SR.**
*as Co-Administrator and Co-Administrator Ad Prosequendum of the Estate of JAMES H. WHITEHOUSE, JR., Deceased*

represented by **DAVID E. GROSS**
FINKELSTEIN & PARTNERS, LLP
50 PARK PLACE
10TH FLOOR
NEWARK, NY 07102
(845)562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NANCY Y. MORGAN**
FINKELSTEIN & PARTNERS, LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550
800 634-1212
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LINDA A. WHITEHOUSE**
*as Co-Administrator and Co-Administrator Ad Prosequendum of the Estate of JAMES H. WHITEHOUSE, JR.,*

represented by **DAVID E. GROSS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Deceased*                              **NANCY Y. MORGAN**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC., PARKE-DAVIS**    represented by   **RICHARD G. PLACEY**
*a division of Warner-Lambert*                    MONTGOMERY,
*Company and Warner-Lambert*                      MCCRACKEN, WALKER &
*Company LLC*                                     RHOADS, ESQS.
                                                  LIBERTY VIEW, 6TH FLOOR
                                                  457 HADDONFIELD ROAD
                                                  CHERRY HILL, NJ 08002
                                                  (856) 488-7700
                                                  Email: rplacey@mmwr.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER-LAMBERT**               represented by   **RICHARD G. PLACEY**
**COMPANY**                                       (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER-LAMBERT**               represented by   **RICHARD G. PLACEY**
**COMPANY LLC**                                   (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2004 | 1 | NOTICE OF REMOVAL by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY from SUPERIOR COURT OF BURLINGTON COUNTY, case number BUR-L-003175-04. (Filing fee $ 150 receipt number 302030) (dj, ) Additional attachment(s) added on |

|  |  |  |
|---|---|---|
|  |  | 12/28/2004 (dj, ). Additional attachment(s) added on 12/28/2004 (dj, ). (Entered: 12/28/2004) |
| 12/29/2004 | 2 | Consent ORDER that defts have until 1/24/05 to serve answer, etc. to pltf's complaint. Signed by Judge Madeline C. Arleo on 12/29/04. (jd, ) (Entered: 12/30/2004) |
| 01/24/2005 | 3 | STATEMENT by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY. (PLACEY, RICHARD) (Entered: 01/24/2005) |
| 01/26/2005 | 4 | LETTER ORDER scheduling Initial Conference for 3/2/2005 at 10:00 AM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Signed by Judge Madeline C. Arleo on 1/26/05. (jl, ) (Entered: 01/26/2005) |
| 01/26/2005 | 5 | Consent ORDER extending time to 2/28/05 for defts to answer, etc. pltf's complaint. Signed by Judge Madeline C. Arleo on 1/26/05. (jd, ) (Entered: 01/31/2005) |
| 02/11/2005 | 6 | NOTICE of Appearance by NANCY Y. MORGAN on behalf of JAMES H. WHITEHOUSE, SR, LINDA A. WHITEHOUSE (MORGAN, NANCY) (Entered: 02/11/2005) |
| 02/28/2005 | 7 | ANSWER to Complaint *(with Certificate of Service)* by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY.(PLACEY, RICHARD) (Entered: 02/28/2005) |
| 02/28/2005 | 8 | STATUS REPORT *Joint Discovery Plan Submitted in Advance of March 2, 2005 Conference Pursuant to Letter Order of January 26, 2005, placed on file* by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY. (PLACEY, RICHARD) (Entered: 02/28/2005) |
| 03/02/2005 |  | Minute Entry for proceedings held before Judge Madeline C. Arleo : Scheduling Conference held on 3/2/2005. (jl, ) (Entered: 03/23/2005) |
| 03/07/2005 | 9 | ORDER granting pro hac vice admission as to James P. Rouhandeh, Erik M. Zissu and Kathryn C. Carney Cole |

| | | |
|---|---|---|
| | | on behalf of defts. Signed by Judge Madeline C. Arleo on 3/4/05. (jd, ) (Entered: 03/08/2005) |
| 03/08/2005 | 10 | Pretrail SCHEDULING ORDER: Telephone Conference set for 5/9/2005 03:30 PM before Magistrate Judge Madeline C. Arleo. Amended Pleadings due by 9/30/2005. Discovery due by 2/15/2006.. Signed by Judge Madeline C. Arleo on 3/7/05. (jd, ) (Entered: 03/08/2005) |
| 05/09/2005 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : telephone Status Conference held on 5/9/2005. (Miller, S) (Entered: 05/19/2005) |
| 05/13/2005 | 11 | NOTICE by WARNER-LAMBERT COMPANY LLC, PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY *of Filing of Plaintiffs' Response to Defendants' First Request for Admission (Certificate of Service attached)* (PLACEY, RICHARD) (Entered: 05/13/2005) |
| 05/23/2005 | 12 | Certified Copy of MDL ORDER transferring action to USDC for the District of Massachusetts on 5/23/05. (Attachments: # 1 cover-letter)(jd, ) (Entered: 05/24/2005) |
| 05/24/2005 | | ***Civil Case Terminated. (jd, ) (Entered: 05/24/2005) |

## PACER Service Center

### Transaction Receipt

06/01/2005 10:53:28

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:04-cv-06257-JAP-MCA Start date: 1/1/1970 End date: 6/1/2005 |
| Billable Pages: | 2 | Cost: | 0.16 |